1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7  JESSICA M. BROWN,

8         Plaintiff(s),

9  v.

10  GOMEZ,

11         Defendant(s).

Case No. 2:24-cv-00736-JAD-NJK

**ORDER**

[Docket No. 4]

12         Pending before the Court is Plaintiff's application to proceed *in forma pauperis*.  Docket

13  No. 4.  Subject to the conditions outlined below, the Court **GRANTS** the application to proceed

14  *in forma pauperis*.

15         Plaintiff must pay an initial partial filing fee of the greater of twenty percent of the average

16  monthly deposits or twenty percent of the average monthly balance of Plaintiff's account for the

17  six months immediately preceding the commencement of this action.  *See* 28 U.S.C. § 1915(b)(1).

18  Plaintiff's average monthly balance is $14.82 and Plaintiff's average monthly deposits are $35.83.

19  Docket No. 6 at 4.  Therefore, Plaintiff must pay an initial partial filing fee of $7.17.[1]

20         Accordingly, **IT IS ORDERED:**

21         1.         Plaintiff's Application to Proceed *in Forma Pauperis* (Docket No. 4) without

22  having to prepay the full filing fee is **GRANTED**, but Plaintiff must pay an initial installment fee

23  in the amount of $7.17 toward the full filing fee of $350.  Plaintiff must have the designated fee

24  sent to the Clerk's Office no later than **October 25, 2024**.  Failure to do so may result in dismissal

25
26
27

---

[1] Plaintiff's papers incorrectly calculate the partial filing fee as $15.19.  *See* Docket No. 4

28  at 4.  The Court has corrected the amount herein.

1

of this action.  Furthermore, even if this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).[2]

2.      Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor.  This order granting *in forma pauperis* status shall not extend to the issuance and/or service of subpoenas at government expense.

3.      The Clerk's Office shall provide Plaintiff with two copies of this order.  Plaintiff is ordered to make the necessary arrangements to have one copy of this order attached to the check in the amount of the designated fee.

4.      The Clerk's Office shall send a copy of this order to the attention of the inmate accounts department at Florence McClure Women's Correctional Center, 4370 Smiley Rd, Las Vegas, Nevada 89115.  Pursuant to 28 U.S.C. § 1915(b)(2), Florence McClure Women's Correctional Center shall forward to the Clerk of the United States District Court, District of Nevada, twenty percent of the preceding month's deposits to Plaintiff's inmate trust account (in the months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action.

5.      The Clerk's Office shall provide a copy of this order to the Finance Division of the Clerk's Office.

IT IS SO ORDERED.

Dated: September 9, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] After it has received the partial filing fee as ordered herein, the Court will screen Plaintiff's complaint as required by 28 U.S.C. § 1915.  Nothing in this order should be construed as suggesting that the Court will allow any of Plaintiff's claims to proceed past the screening phase.