UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Jessica M. Brown,

       Plaintiff

v.

Gomez,

       Defendant

Case No.: 2:24-cv-00736-JAD-NJK

**Order Construing Plaintiff's Motion to Dismiss as a Notice of Voluntary Dismissal and Closing Case**

[ECF No. 6]

       Pro se plaintiff Jessica M. Brown filed this civil-rights action against Officer Gomez in April 2024.[1] Because she is proceeding without the prepayment of fees in this case, her complaint is awaiting screening under 28 U.S.C. § 1915, and the defendant has not been served. On September 16, 2024, Brown filed a document that was docketed as a "motion to dismiss."[2] She states that she is "trying to dismiss this case" to focus on other cases she is involved in.[3]

       Federal Rule of Civil Procedure 41 permits a plaintiff to "dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."[4] I construe Brown's motion as a notice of voluntary dismissal and, because the defendant has not yet been served, I order the Clerk of Court to dismiss this case without prejudice.

---

[1] ECF No. 1.
[2] ECF No. 6.
[3] *Id.* at 1.
[4] Fed. R. Civ. P. 41(a)(1)(A)(i).

**Conclusion**

IT IS THEREFORE ORDERED that Jessica M. Brown's motion to dismiss **[ECF No. 6]** is construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure **41(a)(1)**. The Clerk of Court is thus directed to DISMISS without prejudice and CLOSE this case.

_____
U.S. District Judge Jennifer A. Dorsey
September 23, 2024